# EXHIBIT 1

# GREEN EVANS-SCHROEDER
## IMMIGRATION | CRIMINAL DEFENSE

April 21, 2025

Melissa Marcus Kroeger, Esq.
Civil Chief – Tucson Division
U.S. Attorney's Office
District of Arizona
405 W. Congress Street, Suite 4800
Phoenix, AZ  85701-5040

*Delivered via electronic mail to:* Melissa.Kroeger@usdoj.gov

      Re:    *Arizona Student Does #3-13 v. Donald J. Trump, et al.*

Dear Ms. Kroeger:

      I represent the plaintiffs in the above-entitled action, who are proceeding under the pseudonyms Arizona Student Does #3-13.  Please find enclosed the plaintiffs' Complaint for Declaratory and Injunctive Relief, Emergency Motion for Temporary Restraining Order and Preliminary Injunction, and Motion to Proceed on Pseudonym, which will be filed on today's date.

      Thank you, and please don't hesitate to contact me at 520.639.7276 with any questions or concerns.

      Sincerely,

      *Matthew H. Green*

      Matthew Green

MHG/krg
*Encls.*