# EXHIBIT 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE #3, | Case No. _____ |
| Plaintiff, | **DECLARATION OF** ██████ |
| v. | ████████████ **(ARIZONA STUDENT DOE #3)** |
| Donald J. TRUMP, in his official capacity, President of the United States of America; | |
| John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director; | |
| Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and | |
| Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; | |
| Defendants. | |

1. My name is ███████████.

2. I am over eighteen years of age and am competent to testify regarding the matters described below.

3. I am a citizen of ████. I currently live in ██████████.

4. I first entered the United States as a graduate (MSc) student on August 30, 2019. I was enrolled to begin classes at ██████████ for the Fall 2019 semester, and I began attending classes on or about September 3, 2019. I concluded my master's program and returned home to ████ in April 2021.

5. I returned to the United States as a PhD student in or about August 2021 and enrolled to begin classes at the ██████████ for the Fall 2021 semester. I began attending classes on or about August 23, 2021. I am currently nearing the end of my

Doctoral program in ████████████████, with a concentration in ████████████.

6. I have been employed by the ████████████ since August 9, 2021, through a ██████████████. My ████████████ position is renewed every academic year. I also worked as a ████████████ in which I was the ████████ during the 2022, 2023, and 2024 summer terms at the ████████████.

7. My employment has now been terminated due to my SEVIS termination.

8. On May 8, 2021, I was charged with first-offense DUI in the ████████████. The charge was dismissed on July 18, 2023, and the record was sealed on June 18, 2024. I have no other criminal history.

9. On April 10, 2025, I received an email from ████████████, ████████████ at the ████████████ at ████████████, which stated: "I want to let you know that we discovered that your SEVIS record was terminated, effective April 10, 2025, and the stated reason is: 'Other – Individual identified in criminal records check and/or has had their visa revoked. SEVIS record has been terminated.'"

10. In communications with ████████████ at ██, I was notified that my F-1 student visa has been revoked. To date, I have not received any official communication as to my SEVIS termination or the revocation of my F-1 visa from any U.S. government agency or Consular office.

11. I am scheduled to complete this current academic semester on May 10, 2025, and graduate with my PhD on or about May 10, 2026. However, given the unexpected nature of my current circumstances, I am no longer certain whether I will be able to complete my semester and later graduate.

12. Losing the chance to complete my PhD would deeply affect every part of my life—my career path, my mental health, and the future stability I've been working toward. I'm supposed to enter the academic job market in September 2025 to apply for ████████████ positions. These months of preparation to enter the fiercely competitive academic job market are the most important and defining period of any academic's career. Instead of using them to move forward, I feel frozen. My preparation and application timeline is no longer certain. Everything related to my research and résumé is on hold, and I'm filled with anxiety that I won't even be able to apply and will therefore miss a key window for securing employment and advancing my career.

13. I've been in graduate school for eight years—earning two masters' degrees, and now in my fourth year of a finance PhD. I've taught many university classes and sessions with honesty and care, and I've worked hard to become a good researcher and

professor. I was just preparing to meet with faculty to present my newest paper draft when I received the email notifying me of my SEVIS termination. It's painful to imagine that everything I've built might fall apart right before the finish line.

14. Losing my student visa and the associated work authorization has also created intense financial pressure. In my current job, now terminated, I was earning $29,400 to support myself. I spent nearly $70,000 in tuition payments to the University over the last several years. Like most PhD students preparing to enter the job market, I live on a very limited stipend and carry the costs of academic materials, travel for conferences, and basic living expenses. I've always managed, knowing that a better future was ahead. But now that future is in doubt—and the added costs tied to this situation are hitting me during what was already the most financially difficult time of my studies.

15. Furthermore, it is my understanding that a SEVIS termination indicates that I have failed to maintain studies, worked without authorization, or have been convicted of a violent crime for which a sentence of a year or more can be imposed. Since none of these things apply to me, I am terrified that my SEVIS termination will tarnish my exemplary student record and irreparably damage my reputation, both within the academic community and in my chosen field. This kind of severe reputational damage would follow me to any other country I may choose to study or work in, including my own country.

16. I also understand that through the cancellation of my student visa, I am at risk of accruing unlawful presence in the United States which has the potential to prevent me from returning to the U.S. in the future to continue my studies or accept employment. Both the damage to my reputation and becoming inadmissible to the U.S. could further devastate my ability to pursue my education, establish my career, and secure a stable financial future.

17. For the last 10 days, since learning that my SEVIS record was terminated and that my student visa was revoked, I've been overwhelmed. I haven't been able to sleep properly or focus on anything. The fear of losing everything I've worked for—my degree, my future, my legal status—has been constant. I've never felt this helpless before. Each day has brought a mix of panic, exhaustion, and heartbreak. I am also terrified that I may be detained and deported, which would wreak further havoc on my mental and physical health.

18. What makes all of this worse is that I come from a country where people live under deep and ongoing oppression. I have only seen my family once over the last six years. The only thing that gave that separation meaning—for me and for my parents—was the hope that I could build a life somewhere safe, where I could follow my goals and be treated with dignity. That hope is what kept us going. I haven't even told them what's happened yet. I know how devastated they'll be, and it's hard to carry that on top of everything else.

1   I declare under penalty of perjury that the foregoing is true and correct. (U.S. Code, Title 28,
    USC § 1746.)

2

3   April 20, 2025                              /s/ ███████████
4   Dated                                          ███████████

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE #4, | Case No. |
| Plaintiff, | _____ |
| v. | **DECLARATION OF** ▮▮▮ **(ARIZONA STUDENT DOE #4)** |
| Donald J. TRUMP, in his official capacity, President of the United States of America; | |
| John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director; | |
| Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and | |
| Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; | |
| Defendants. | |

1. My name is ▮▮▮ .

2. I am over eighteen years of age and am competent to testify regarding the matters described below.

3. I am a citizen of ▮▮▮ . I currently live in ▮▮▮ .

4. I first entered the United States as an undergraduate student on August 9, 2022. I was enrolled to begin classes at ▮▮▮ , and I began attending classes on or about August 17, 2022. I transferred to the ▮▮▮ for the 2023-2024 academic year.

5. I am pursuing my bachelor's degree in ▮▮▮ .

6. On February 8, 2025, I was cited for misdemeanor domestic violence in the ████████
████████████████. Shortly after being cited, any charges were dismissed.
I have no other criminal history.

7. On April 10, 2025, I received an email from the ████████████ at ████████
████████, which stated: "I want to let you know that we discovered that your SEVIS
record was terminated, effective April 9, 2025, and the stated reason is 'Other -
individual identified in criminal records check and/or has had their visa revoked.
SEVIS record has been terminated."

8. I have not received notification from any U.S. government agency or office that my
F-1 student visa has been revoked.

9. I am scheduled to graduate with my degree on or about May 17, 2026. However,
given the unexpected nature of my current circumstances, I am no longer certain
whether I will be able to graduate.

10. The loss of such opportunities will significantly affect my career trajectory, my
mental health, and my family's financial potential. I'm a junior at the ████████
████████. Right now, I'm losing my degree and all the work I have done. I have paid
approximately $24,425 for this academic year on my tuition fee and living expenses.
This has not been easy for me and my family to manage. I cannot imagine all the
disappointment from my family when I got back home. I have one and half years left
to graduate, but everything has changed now. My entire professional future is at risk
of collapsing.

11. Furthermore, it is my understanding that a SEVIS termination indicates that I have
failed to maintain studies, worked without authorization, or have been convicted of a
violent crime for which a sentence of a year or more can be imposed. Since none of
these things apply to me, I am terrified that my SEVIS termination will tarnish my
exemplary student record and irreparably damage my reputation, both within the
academic community and in my chosen field. This kind of severe reputational
damage would follow me to any other country I may choose to study or work in,
including my own country.

12. I also understand that through the cancellation of my student visa, I am at risk of
accruing unlawful presence in the United States which has the potential to prevent
me from returning to the U.S. in the future to continue my studies or accept
employment. Both the damage to my reputation and becoming inadmissible to the
U.S. could further devastate my ability to pursue my education, establish my career,
and secure a stable financial future.

13. For the past 10 days, since being advised that my SEVIS record was terminated, and
also learning that my student visa was revoked, I have suffered from extreme stress
and anxiety that I may lose everything I have worked so hard to obtain over the past

3 years. I just feel so helpless and depressed. I feel so lost, and I don't know what I will do if I can't finish my degree.

14. I am also terrified that I may be detained and deported, which would have an even more severe negative impact on my mental and physical health.

I declare under penalty of perjury that the foregoing is true and correct. (U.S. Code, Title 28, USC § 1746.)

<u>April 20, 2025</u>
Dated

1

2                       UNITED STATES DISTRICT COURT

3                        FOR THE DISTRICT OF ARIZONA

4                            TUCSON DIVISION

5
   Arizona Student DOE #5,                    Case No. _____
6
            Plaintiff,                        **DECLARATION OF** ████
7
8           v.                                ████
                                              **(ARIZONA STUDENT**
9   Donald J. TRUMP, in his official capacity,        **DOE #5)**
    President of the United States of America;
10
11  John CANTU, in his official capacity as ICE
    Enforcement and Removal Operations Phoenix Field
12  Office Director;

13  Todd M. LYONS, in his official capacity, Acting
14  Director, Immigration and Customs Enforcement,
    U.S. Department of Homeland Security; and
15
    Kristi NOEM, in her official capacity, Secretary, U.S.
16  Department of Homeland Security;

17
            Defendants.
18

19      1.  My name is ████████████████.

20
        2.  I am over eighteen years of age and am competent to testify regarding the matters
21          described below.

22
        3.  I am a citizen of ████. I currently live in ████████████.
23

24      4.  I first entered the United States as a Graduate student on January 03, 2024.  I was
            enrolled to begin classes at ████████████ for the Spring 2024, and I began
25          attending classes on or about January 08, 2024.

26      5.  I am pursuing my Master's degree in ████████████████████.

27
        6.  On June 22, 2024, I was charged with Shoplifting-concealment in the ████████
28          ████.  I successfully completed the ████████████████████

Diversion Class, and the charge was dismissed November 12, 2024. I have no other criminal history.

7. The criminal charge and subsequent dismissal has had no impact on my enrollment at ███████████████. Furthermore, my F-1 student visa was not prejudiced until now. In March 2025, I flew to ████ to attend my grandmother's funeral, and upon my return on March 31, 2025, an official thoroughly inspected my passport, visa, and attendant documentation over the course of about ten minutes. The official who reviewed my information never asked me any questions about my criminal history nor made any comments about it.

8. On April 03, 2025, I received an email from ███████████ at the ██████████ ██████████ at ████████, which stated: "OTHERWISE FAILING TO MAINTAIN STATUS - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated."

9. The U.S. Consulate General in ████████ subsequently notified me, via email on the evening of April 3, 2025, that my F-1 student visa has been revoked.

10. I am scheduled to complete my Graduate degree on or about January 7, 2027.

11. However, given the unexpected nature of my current circumstances, I am no longer certain whether I will be able to complete the Graduate degree that I have been working so hard to obtain.

12. Leaving this country without completing my master's graduate degree would be one of the most heartbreaking and terrifying experience of my life. This degree is not just a piece of paper, it represents everything I have worked for, sacrificed for, and everything my family has invested in. During my time as a student I have paid approximately $41,324 U.S. dollars per school year so that I can obtain an education. Coming from a middle-class background, this investment has been an immense sacrifice. I made this sacrifice to secure a good education, build a successful career, and provide myself and my family with a better life.

13. I came to the United States with the dream of building a strong academic foundation and gaining meaningful experience during my OPT. Over the past 1.5 years, I have dedicated myself to relentless hard work and academic excellence. My grades reflect that commitment; I have consistently performed at the top of my class, often securing full marks. Not being given the chance to complete what I have started would feel like a hammer blow to everything I have worked for, it would be a crushing end to something I have made deep sacrifices for.

14. Furthermore, it is my understanding that a SEVIS termination indicates that I have failed to maintain studies, worked without authorization, or have been convicted of a violent crime for which a sentence of a year or more can be imposed. Since none of these things apply to me, I am terrified that my SEVIS termination will tarnish my

exemplary student record and irreparably damage my reputation, both within the academic community and in my chosen field. This kind of severe reputational damage would follow me to any other country I may choose to study or work in, including my own country.

15. I also understand that through the cancellation of my student visa, I am at risk of accruing unlawful presence in the United States which has the potential to prevent me from returning to the U.S. in the future to continue my studies or accept employment. Both the damage to my reputation and becoming inadmissible to the U.S. could further devastate my ability to pursue my education, establish my career, and secure a stable financial future.

16. For the past 17 days, since being advised that my SEVIS record was terminated and that my student visa was revoked, I have suffered from extreme stress, anxiety, and a profound fear I may lose everything. I am also terrified that I may be detained and deported, which would have a devastating impact on my mental and physical health. Furthermore, the U.S. Consulate in ████ has stated that if I get deported, there is a chance that I will not be deported to my country of origin, ██. The thought of not only being deported, but of being sent to a country other than my own, has only increased the extreme stress, anxiety, and fear that I am living with every day. If I am forced to leave now, it would not only shatter my career ambitions in the United States but also affect my future prospects back home.

17. All I have ever asked for is a fair chance to fulfill my dream and make them proud.

I declare under penalty of perjury that the foregoing is true and correct. (U.S. Code, Title 28, USC § 1746.)

April 20, 2025
Dated                                    /s/ ██████████
                                         ██████████

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE #6,<br><br>    Plaintiff,<br><br>    v.<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America;<br><br>John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director;<br><br>Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and<br><br>Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security;<br><br>    Defendants. | Case No. _____<br><br>**DECLARATION OF** ███████<br>███████████ **(ARIZONA STUDENT DOE #6)** |

1. My name is ███████████.

2. I am over eighteen years of age and am competent to testify regarding the matters described below.

3. I am a citizen of ████. I currently live in ██████████.

4. I first entered the United States as an undergraduate student on August 8, 2022. I enrolled to begin classes at ████████████ for the Fall 2022 semester, and I began attending classes on or about August 22, 2022.

5. I am pursuing a Bachelor of Science (B.S.) degree in ██████████ and ████████.

6. I was employed part-time by the ███████████, beginning on or about February 17, 2025. Specifically, I worked as a ███████ at ███████████, which is a performing arts center in ██████.

7. My employment has now been terminated due to my SEVIS termination.

8. On April 21, 2023, I was charged with shoplifting in the ███████████. In or about October 2023, I successfully completed the ███████████ ███████████ Diversion Class, and the charge was dismissed October 25, 2023. I have no other criminal history.

9. On April 3, 2025, I received an email from ███████████ at the ███████ ███████████ at ███████, which stated: "OTHERWISE FAILING TO MAINTAIN STATUS - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated."

10. The U.S. Consulate General in ██████ subsequently notified me, via email on April 4, 2025, that my F-1 student visa has been revoked.

11. I am scheduled to complete my ███████████ degree in or about May 2026. However, given the unexpected nature of my current circumstances, I am no longer certain whether I will be able to complete the college degree that I have been working so hard to obtain.

12. If I were forced to leave the United States and lose my undergraduate degree, job, and opportunity to build my career, it would severely disrupt my entire life's trajectory and deeply affect my family. My parents have sacrificed significantly to finance my education at ██. They mortgaged our house to take a substantial loan, drained their savings, and continue to send me money despite the financial hardship it causes them. The work authorization that was linked to my student visa provided critical income for my living expenses. Losing this and, subsequently, my job has already placed significant stress me and my parents. If I were to lose my degree, it would mean that all of our financial sacrifices, struggles, and investments would be for nothing.

13. My future depends on my ability to graduate from college and establish my career. As the only son, I am the only financial source capable of supporting my parents in the future. I have worked diligently to maintain a strong GPA of 3.79/4.00, and I have been consistently recognized on the Dean's List from Fall 2022, Spring 2023, Fall 2023, and Spring 2024. Upon graduating with my B.S., I intend to pursue a master's degree in ███████████ and ███████████, which will greatly enhance my career trajectory. Being forced to leave the United States, therefore, would halt my educational progress, potentially permanently derailing my career aspirations. Without even an undergraduate degree, it would be nearly impossible to secure a stable, well-paying job and would significantly limit my future earning potential and my ability to care for my parents as they age.

14. Furthermore, it is my understanding that a SEVIS termination indicates that I have failed to maintain studies, worked without authorization, or have been convicted of a violent crime for which a sentence of a year or more can be imposed. Since none of these things apply to me, I am terrified that my SEVIS termination will tarnish my exemplary student record and irreparably damage my reputation, both within the academic community and in my chosen field. This kind of severe reputational damage would follow me to any other country I may choose to study or work in, including my own country.

15. I also understand that through the cancellation of my student visa, I am at risk of accruing unlawful presence in the United States which has the potential to prevent me from returning to the U.S. in the future to continue my studies or accept employment. Both the damage to my reputation and becoming inadmissible to the U.S. could further devastate my ability to pursue my education, establish my career, and secure a stable financial future.

16. For the past 17 days, since being advised that my SEVIS record was terminated and that my student visa was revoked, I have suffered from profound mental and emotional stress. The revocation of the visa will be a constant point of scrutiny throughout my life, career-wise. Previously, I had never experienced depression or anxiety, but the current situation has left me deeply depressed, and I cannot even focus on the final exam that I have in a few days. I cannot even eat properly. I find myself unable to leave my bed, constantly consumed by worry about the future - my career, the sacrifices my family made, and the uncertainty of my life path.

17. I am also terrified that I may be detained and deported, which would further devastate my mental and physical health. The U.S. Consulate in ▮▮▮▮ has stated that if I get deported, there is a chance that I will not be deported to my country of origin, ▮▮. The stress and emotional turmoil caused by the possibility not only of being deported, but of being sent to a country other than my own, is overwhelming and has only increased the extreme stress, anxiety, and fear that I am living with every day.

I declare under penalty of perjury that the foregoing is true and correct. (U.S. Code, Title 28, USC § 1746.)

April 20, 2025                          /s/ ▮▮▮▮▮▮
Dated                                   ▮▮▮▮▮▮▮▮

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE # 7,<br><br>    Plaintiff,<br><br>    v.<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America;<br><br>John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director;<br><br>Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and<br><br>Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security;<br><br>    Defendants. | Case No. _____<br><br>**DECLARATION OF ███<br>███ (ARIZONA STUDENT<br>DOE #7)** |

1. My name is ███████.

2. I am over eighteen years of age and am competent to testify regarding the matters described below.

3. I am a citizen of ██████ I currently live in ██████████.

4. I first entered the United States as an undergraduate student and enrolled to begin classes at █████████████████ for the Fall Semester, 2016. I graduated with my bachelor's degree in ████████ from ████████████ ████████ in or about May 2019.

5. On or about July 21, 2022, I re-entered the United States as a graduate student on an F-1 student visa to pursue my master's degree in ████████████ with a concentration in ████████████ at ████████████████████

████████ in Phoenix, Arizona. I graduated with my master's degree in or about May 2024.

6. Since June 2024, I have been employed through Optional Practical Training (OPT) at a U.S.-based international company as a ████████████ within the ████████ department. As a ████████████ and the only bilingual employee on the team, I help manage and ████████████ ████████, both domestic and international. ████████████, and part of my job is to ensure accuracy and compliance with federal and state regulations. Additionally, I am involved in a current ongoing overhaul of the existing ████████████. Amongst other day-to-day responsibilities, I support ████████████, and ████████ for upper management as part of a ████████████. I fundamental part of my job is maintaining confidentiality and security of ████████████ ████

7. My employment is now at risk of termination due to my SEVIS termination. While my employer has been understanding of the situation at hand and has agreed to allow me to take a two-week period of unpaid leave (ending week of April 21st), they require a prompt resolution, even if only a temporary restoration of status while my case is ongoing. Without a restoration of my employment authorization and the ability to resume my duties, the company will terminate my employment. Above and beyond the immediate impact of job loss, termination of my employment cancels my recent selection in the H1B lottery which they sponsored.

8. On December 8, 2018, while I was still an undergraduate student at ████, I was charged with Drug Paraphernalia-Possession/Use in ████████████ The charge was set aside on September 24, 2020. I have no other criminal history.

9. This conviction and subsequent set-aside had no impact on my enrollment at Arizona State University. There was no notation of criminal charges made on my academic record. Furthermore, my status as an F-1 student was not prejudiced, I received no communication about the charge from any U.S. government agency, and I successfully completed my Bachelor degree in 2019, as noted above.

10. On July 1, 2022, I was granted an F-1 student visa and allowed to return to ████ to pursue my graduate studies. When I applied for my F-1 visa to return for my master's, it was initially denied based on my arrest. The second time, I was approved for my F-1 visa. Both times, my background was fully investigated, and I participated in a complete medical evaluation. After my visa was issued, I traveled back and forth between the United States and other countries on a number of occasions; upon arriving in the United States, I have always passed through Secondary Inspection in which I spoke with an official about my criminal history, and have been approved to enter the United States.. I have no other criminal history.

11. On April 7, 2024, I received an email from, I received an email from ███████ ███ at the ████████████████████ at ███████████, which stated: "OTHERWISE FAILING TO MAINTAIN STATUS - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated."

12. The U.S. Consulate General in ███████ subsequently notified me via email, on April 9, 2025, my F-1 student visa has been revoked.

13. Given the unexpected nature of my current circumstances, I am at risk of losing my employment at my company as well as the approval of my H1B status.

14. The loss of my current employment and my future H1B status will have a significant negative impact on my career trajectory, my mental health, and my financial potential. It will devastate the career and life that I have spent so many years and worked so hard to build. I have dedicated many years to my education and to building my career in the United States. It is not an understatement to say that the termination of my visa is threatening to completely upend my life, devastate my career, and would force me to completely re-start my career, from scratch, in my country.

15. Furthermore, it is my understanding that a SEVIS termination indicates that I have failed to maintain studies, worked without authorization, or have been convicted of a violent crime for which a sentence of a year or more can be imposed. Since none of these things apply to me, I am terrified that my SEVIS termination will tarnish my exemplary student record and irreparably damage my reputation, both within the academic community and in my chosen field. This kind of severe reputational damage would follow me to any other country I may choose to study or work in, including my own country.

16. I also understand that through the cancellation of my student visa, I am at risk of accruing unlawful presence in the United States which has the potential to prevent me from returning to the U.S. in the future to continue my studies or accept employment. Both the damage to my reputation and becoming inadmissible to the U.S. could further devastate my ability to pursue my education, establish my career, and secure a stable financial future.

17. For the past 14 days, since being advised that my SEVIS record was terminated, and also learning that my student visa was revoked, I have suffered from extreme stress, anxiety, and a profound fear that I may lose everything that I have worked so hard to obtain over the course of many years. In the course of just a few days, I have gone from planning the next steps in my career on the basis of H1B status to facing possible detention and deportation. I am utterly terrified. Detention and deportation would have a devastating impact on my mental and physical health. Furthermore, the U.S. Consulate in my country has stated that if I get deported, there is a chance that I will not be deported to my country of origin. The thought of not only being deported,

but of being sent to a country other than my own, has only increased the extreme
stress, anxiety, and fear that I am living with every day.

I declare under penalty of perjury that the foregoing is true and correct. (U.S. Code, Title 28,
USC § 1746.)

April 20, 2025                                        /s/ ████████ ▁▁
Dated                                                ██████████

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE #8, | Case No. _____ |
| Plaintiff, | **DECLARATION OF** ███ |
| v. | ████ **(ARIZONA STUDENT DOE #8)** |
| Donald J. TRUMP, in his official capacity, President of the United States of America; | |
| John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director; | |
| Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and | |
| Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; | |
| Defendants. | |

1. My name is ████████.

2. I am over eighteen years of age and am competent to testify regarding the matters described below.

3. I am a citizen of █████. I currently live in ████████.

4. I first entered the United States as an undergraduate student on or about July 29, 2021. I was enrolled to begin classes at ████████ for the Fall 2021 semester, and I began attending classes on or about August 19, 2021.

5. I am enrolled in Bachelor of Science ("B.S.") in ████████ and B.S. in ████████.

6. I have been employed by ████████ since October 11, 2021, as a ████████. Specifically, I work with ████████

██████████████████████████████████████████████████. My role also included supervising and training four other ████████████████████. Additionally, I manage ████████████████████ activities assigned to me.

7. My employment has been terminated due to my SEVIS termination.

8. I have been employed through Curriculum Practical Training (CPT) at a well-established national company since on or about May 20, 2024. Specifically, I am responsible for planning initiatives to support our customers in the education (K-12 schools) and noncommercial sectors such as healthcare, hotels and restaurants that are our customers.

9. Additionally, I have been offered full-time employment through Optional Practical Training (OPT) at ████████████ as a ████████████. My position is projected to begin on or around June 12, 2025. As I am just beginning in my chosen career, a position such as this is an incredible opportunity.

10. My employment is at risk of termination due to my SEVIS termination.

11. On or about April 6, 2023, I was charged with Shoplifting in the ████████████ ████. I successfully completed all requirements of a diversion program, and the charge was dismissed on January 8, 2024. I have no other criminal history.

12. On April 3, 2025, I received an email from ████████████████████ ████████████ at ████████████████, which stated: "OTHERWISE FAILING TO MAINTAIN STATUS - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated."

13. The U.S. Bureau of Consular Affairs Visa Office subsequently notified me, via email on the evening of April 3, 2025, that my F-1 student visa has been revoked.

14. I am scheduled to graduate with my B.S. on or about May 12, 2025, and begin my OPT employment in June, as noted above.

15. However, given the unexpected nature of my current circumstances, I am no longer certain whether I will be able to complete my degree and begin the OPT employment that I have worked so hard to obtain.

16. The loss of my undergraduate degree and the incredible employment opportunity that I have been offered will have a significant negative impact on my career trajectory, my mental health, and my family's financial potential. My family has spent close to $100,000 dollars in sending me to the United States and having me study in this country and if I'm not able to complete my degree the entire amount along with five years of hard work will be lost. I am just a month away from my graduation and I

don't know if I can even get my degree. My family has blown their life savings so that I can be here.

17. Furthermore, it is my understanding that a SEVIS termination indicates that I have failed to maintain studies, worked without authorization, or have been convicted of a violent crime for which a sentence of a year or more can be imposed. Since none of these things apply to me, I am terrified that my SEVIS termination will tarnish my exemplary student record and irreparably damage my reputation, both within the academic community and in my chosen field. This kind of severe reputational damage would follow me to any other country I may choose to study or work in, including my own country.

18. I also understand that through the cancellation of my student visa, I am at risk of accruing unlawful presence in the United States which has the potential to prevent me from returning to the U.S. in the future to continue my studies or accept employment. Both the damage to my reputation and becoming inadmissible to the U.S. could further devastate my ability to pursue my education, establish my career, and secure a stable financial future.

19. I am about to lose my entire career. I have interned at my company for nearly a year now and I have a very good full-time job offer lined up from them. However, they are now re-considering my position because of my current situation. If I lose this job opportunity, especially because of my current situation, I don't know if anyone would ever hire me in the future. I am at risk of losing not just my degree, but any chance of professional success and future financial stability.

20. I can't explain the amount of grief, pain and hopelessness that I have felt in the past 17 days, since being advised that my SEVIS record was terminated, and also learning that my student visa was revoked. I have suffered from extreme stress, anxiety, and a profound fear that I may lose everything I have worked so hard to obtain over the past several years.

21. I am also terrified that I may be detained and deported, which would have a devastating impact on my mental and physical health. Furthermore, the U.S. Bureau of Consular Affairs Visa Office has stated that if I get deported, there is a chance that I will not be deported to my country of origin, ███  The thought of not only being deported, but of being sent to a country other than my own, has only increased the extreme stress, anxiety, and fear that I am living with every day. I can't even step out of my own house because of the fear of what might happen to me. I am terrified.

I declare under penalty of perjury that the foregoing is true and correct. (U.S. Code, Title 28, USC § 1746.)

<u>April 20, 2025</u>
Dated                                    ███████████

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE #9, | Case No. _____ |
| Plaintiff, | **DECLARATION OF** ▉▉▉▉ |
| v. | ▉▉▉▉▉▉▉▉ |
| Donald J. TRUMP, in his official capacity, President of the United States of America; | **(ARIZONA STUDENT DOE #9)** |
| John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director; | |
| Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and | |
| Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; | |
| Defendants. | |

1. My name is ▉▉▉▉▉▉▉▉▉▉.

2. I am over eighteen years of age and am competent to testify regarding the matters described below.

3. I am a citizen of ▉▉▉▉▉▉▉▉. I currently live in ▉▉▉▉▉▉.

4. I first entered the United States as an undergraduate student on or about January 12, 2023. I enrolled to begin classes at ▉▉▉▉▉▉▉▉▉ for the Fall 2023 semester, and I began attending classes on or about August 17, 2023.

5. I am pursuing a Bachelor of Science (B.S.) in ▉▉▉▉▉▉▉.

6. On November 25, 2024, I was charged with Knowingly Display Fictitious or Suspended Registration and No Mandatory Insurance in the ▉▉▉▉▉▉▉, ▉▉▉ Arizona. I pled guilty to Knowingly Display Fictitious or Suspended ▉▉▉▉▉▉▉▉

Registration; the charge of No Mandatory Insurance was dismissed. I was sentenced to and paid a fine of $567. I have no other criminal history.

7. On March 26, 2025, I received an email from ███████████ at ████████████████, which stated: "The International Students and Scholars Center needs to communicate to you that on March 26, 2025, your SEVIS record was terminated."

8. The U.S. Consulate General in ██████████ subsequently notified me, via email on March 27, 2025, that my F-1 student visa has been revoked.

9. I am scheduled to complete my degree and graduate on or about August 16, 2028.

10. However, given the unexpected nature of my current circumstances, I am no longer certain whether I will be able to complete the college degree that I have been working so hard to obtain.

11. The loss of my undergraduate education and the opportunity to pursue graduate education and/or employment upon completion of my B.S. degree, will have a devastating impact on my career trajectory, my health, and my family's financial future. Both of my parents are unemployed and have sacrificed greatly to support my education. My father once studied in the U.S. but couldn't graduate due to financial hardship. Since then, his greatest hope has been to see me earn my degree and become a successful, helpful person. As the eldest child, I carry the responsibility of being a role model for my younger siblings and helping provide for my family after graduation. I am a sponsored student through my country's embassy, and I've always been expected to represent my nation with integrity and excellence. This case puts me at risk of losing my scholarship, which could lead to being held accountable for all prior expenses—costs I cannot afford.

12. Furthermore, it is my understanding that a SEVIS termination indicates that I have failed to maintain studies, worked without authorization, or have been convicted of a violent crime for which a sentence of a year or more can be imposed. Since none of these things apply to me, I am terrified that my SEVIS termination will tarnish my exemplary student record and irreparably damage my reputation, both within the academic community and in my chosen field. This kind of severe reputational damage would follow me to any other country I may choose to study or work in. To make matters even worse, because my SEVIS record was terminated and my student visa was revoked, my sponsor has accused me of misrepresenting my country, leading me to fear serious consequences, including legal action, financial hardship, and long-term damage to my reputation and future opportunities in my own country.

13. I also understand that through the cancellation of my student visa, I am at risk of accruing unlawful presence in the United States which has the potential to prevent me from returning to the U.S. in the future to continue my studies or accept employment. Both the damage to my reputation and becoming inadmissible to the

U.S. could further devastate my ability to pursue my education, establish my career, and secure a stable financial future.

14. For the past 25 days, since being advised that my SEVIS record was terminated and that my student visa was revoked, I have suffered from extreme stress, anxiety, and a profound fear I may lose everything I have worked so hard to obtain over the past 20 years. I am also terrified that I may be detained and deported, which would have a devastating impact on my mental and physical health. Furthermore, the U.S. Consulate in ███████ has stated that if I get deported, there is a chance that I will not be deported to my country of origin, ███████████. The thought of not only being deported, but of being sent to a country other than my own, has only increased the extreme stress, anxiety, and fear that I am living with every day. This ordeal has also taken a toll on my health. I suffer from stomach and colon issues, which have worsened under the stress and fear that my future is being jeopardized.

15. I only wish to complete my education, support my family, and uphold the values I was raised with.

I declare under penalty of perjury that the foregoing is true and correct. (U.S. Code, Title 28, USC § 1746.)

<u>April 20, 2025</u>
Dated

/s/ ███████████████
███████████████████

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE # 10, | Case No. _____ |
| Plaintiff, | |
| v. | **DECLARATION OF** |
| Donald J. TRUMP, in his official capacity, President of the United States of America; | ███████ **(ARIZONA STUDENT DOE #10)** |
| John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director; | |
| Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and | |
| Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; | |
| Defendants. | |

1. My name is ████████████████.

2. I am over eighteen years of age and am competent to testify regarding the matters described below.

3. I am a citizen of India. I currently live in ████████████.

4. I first entered the United States as an undergraduate student on August 12, 2022. I was enrolled to begin classes at ████████████ for the Fall 2022 semester, and I began attending classes on or about August 18, 2022.

5. I am pursuing a bachelor's degree in ████████ ████████ and ████████████████.

6. On November 25, 2023, I was charged with Shoplifting in the ████████████ ████. I was offered a deferred prosecution opportunity, complied with the terms, and

my case was dismissed on July 24, 2024. I have no other criminal history. I last entered the U.S. on August 20, 2024.

7. On April 3, 2025, I received an email from ███████████ at the █████████ ██████ at ██████████████ , which stated: "OTHERWISE FAILING TO MAINTAIN STATUS - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated."

8. I subsequently received email notification, on April 4, 2025, from the U.S. Consulate in ████████ , that my F-1 student visa has been revoked.

9. I am scheduled to Graduate in May 2026. However, given the unexpected nature of my current circumstances, I am no longer certain whether I will be able to graduate with the degree I have been working so hard to obtain.

10. The loss of such opportunities will significantly affect my career trajectory, my mental health, and my family's financial potential. If I were forced to leave the United States, I would lose years of hard work and investment in my education and career. It would derail my professional path, cause financial instability, and deeply affect my family's future. We've sacrificed so much emotionally, financially, and physically to be here and build a life.

11. Furthermore, it is my understanding that a SEVIS termination indicates that I have failed to maintain studies, worked without authorization, or have been convicted of a violent crime for which a sentence of a year or more can be imposed. Since none of these things apply to me, I am terrified that my SEVIS termination will tarnish my exemplary student record and irreparably damage my reputation, both within the academic community and in my chosen field. This kind of severe reputational damage would follow me to any other country I may choose to study or work in, including my own country.

12. I also understand that through the cancellation of my student visa, I am at risk of accruing unlawful presence in the United States which has the potential to prevent me from returning to the U.S. in the future to continue my studies or accept employment. Both the damage to my reputation and becoming inadmissible to the U.S. could further devastate my ability to pursue my education, establish my career, and secure a stable financial future.

13. This situation has taken a massive toll on my mental health. For the past 17 days, since being advised that my SEVIS record was terminated, and also learning that my student visa was revoked, I have suffered from extreme stress and anxiety that I may lose everything I have worked so hard to obtain over the past 3 years. I feel anxious, helpless, and constantly fearful of the future. The uncertainty is overwhelming, and it feels like everything I've worked for is slipping away through no fault of my own.

14. I am also terrified that I may be detained and deported, which would further devastate my mental and physical health. The U.S. Consulate in ████ has stated that if I get deported, there is a chance that I will not be deported to my country of origin, ████. The stress and emotional turmoil caused by the possibility not only of being deported, but of being sent to a country other than my own, is overwhelming and has only increased the extreme stress, anxiety, and fear that I am living with every day.

I declare under penalty of perjury that the foregoing is true and correct. (U.S. Code, Title 28, USC § 1746.)


April 20, 2025                          s/ ██████████████████████
Dated                                  ██████████████████████

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

~~TUCSON~~ DIVISION

| | |
|---|---|
| Arizona Student DOE #1, | Case No. _____ |
| Plaintiff, | **DECLARATION OF** ▓▓▓▓▓ |
| v. | ▓▓▓▓▓▓▓ **(ARIZONA STUDENT DOE #1)** |
| Donald J. TRUMP, in his official capacity, President of the United States of America; | |
| John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director; | |
| Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and | |
| Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; | |
| Defendants. | |

1. My name is ▓▓▓▓▓▓▓▓▓▓▓.

2. I am over eighteen years of age and am competent to testify regarding the matters described below.

3. I am a citizen of ▓▓▓. I currently live in ▓▓▓▓▓▓▓.

4. I first entered the United States as an undergraduate student on August 14, 2012. I enrolled in undergraduate classes at ▓▓▓▓▓▓▓▓▓▓▓ for the Fall 2012 semester and began attending classes on or about August 23, 2012. I successfully completed my Bachelor of Science ("B.S.") on or about December 14, 2020. I returned to ▓▓▓ in February 2021 because of the COVID-19 pandemic.

5. I subsequently entered the United States on August 8, 2024, to pursue graduate education. I enrolled to begin classes at ASU for the Fall 2024 semester, and I began attending classes on or about August 22, 2024.

6. I am currently pursuing my Master of Science ("M.S.") in ████████████, in the ████████████████ track.

7. I have been employed by ████ since on or about October 9, 2024. Specifically, during the Fall 2024 academic semester I worked as a ████████████████, ████████████████ This was one-semester position which terminated in or around December 2024. I was subsequently employed as a ████████████ ████████████ for the Spring 2025 academic semester.

8. My employment has now been terminated due to my SEVIS termination.

9. On August 21, 2015, I was charged with Criminal Trespass on real property, Minor Liquor Consumption, and Disorderly Conduct in the ████████████████. The charges of trespass and liquor consumption were dismissed, and I pled guilty to the charge of disorderly conduct. I was sentenced to, and paid a fine, for that offense.

10. My minor criminal history has had no impact on my education or my ability to obtain a student visa until now. I completed my first undergraduate degree in ████████████ ████████████, and in 2016 I was accepted to ████ ████████████ program to complete a second undergraduate degree. After extensive interviewing and investigation of my minor criminal history, I was granted my second F-1 visa and was able to complete my second bachelor's degree. In 2023, I attended my third F-1 visa interview, this time for my master's program. Once again, I underwent extensive interviews, which included a comprehensive background investigation and a psychological assessment, which I passed. I was granted my third F-1 visa in April 2024 and was able to begin my graduate program in August of that same year.

11. However, on April 3, 2025, I received an email from D█████████████████ ████████████ at Arizona████████████████ which stated: "OTHERWISE FAILING TO MAINTAIN STATUS – Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated."

12. The U.S. Consulate General in ████████ subsequently notified me, via email on the evening of April 3, 2025, that my F-1 student visa has been revoked.

13. I am scheduled to complete my graduate degree on or about August 21, 2027. However, given the unexpected nature of my current circumstances, I am no longer certain whether I will be able to complete the graduate degree that I have been working so hard to obtain.

14. The loss of my education and the opportunity to pursue further graduate work and establish my career would have a devastating impact on me and on my family. Not only would it destroy my ability to advance professionally, but it would cripple me financially and prevent me from being able to support my father in his old age. It

would also prevent me from marrying my fiancée because I would have no way to contribute economically to the future that we have dreamed of together. We were planning on getting married this summer. I am on the brink of losing everything.

15. My father, a ███████████ made extraordinary professional and personal sacrifices to give me the best future possible, including taking a job in another country so that he could pay for my undergraduate education. Because of complications from COVID-19 from which I nearly died, I had to defer my master's degree for five consecutive semesters. During this time, I was also caring for my father whose health has been failing. Once I was finally able to come to the United States to pursue my graduate degree, I took out a $64,000 loan to fund my education. In the first semester of my current master's degree, despite taking some of the most difficult courses offered in my field, I have consistently maintained employment to support myself, have maintained a perfect GPA, published three academic papers, and presented at the most prestigious conference in AI computer vision. To put things in perspective, students in my track generally begin writing their first paper in their *third* semester. Because of my extraordinary academic success and the immense amount of work that I've completed in a short amount of time, my supervising professor asked me to convert my current degree into a PhD.

16. In short, if I am prevented from continuing my studies, I would lose everything that I have worked day and night for more than 15 years to achieve as well as the future that I have invested in.

17. Furthermore, it is my understanding that a SEVIS termination indicates that I have failed to maintain studies, worked without authorization, or have been convicted of a violent crime for which a sentence of a year or more can be imposed. Since none of these things apply to me, I am terrified that my SEVIS termination will tarnish my exemplary student record and irreparably damage my reputation, both within the academic community and in my chosen field. This kind of severe reputational damage would follow me to any other country I may choose to study or work in, including my own country.

18. I also understand that through the cancellation of my student visa, I am at risk of accruing unlawful presence in the United States which has the potential to prevent me from returning to the U.S. in the future to continue my studies or accept employment. Both the damage to my reputation and becoming inadmissible to the U.S. could further devastate my ability to pursue my education, establish my career, and secure a stable financial future.

19. Dealing with the fear and anxiety of losing my education, career, future marriage, and the ability to care for my father, has left me with crippling depression and anxiety. For the past 17 days, since being advised that my SEVIS record was terminated, and also learning that my student visa was revoked, I have felt like I am falling apart. I have lost my job as a ███████ and I am struggling to progress in my coursework and research. I am struggling to pick up the pieces of myself so that I can continue to work through

this. I am also terrified that I may be detained and deported, which would wreak further havoc on my mental and physical health. Furthermore, the U.S. Consulate in ███████ has stated that if I get deported, there is a chance that I will not be deported to my country of origin, ██████ The thought of not only being deported, but of being sent to a country other than my own, has only increased the extreme stress, anxiety, and fear that I am living with every day.

I declare under penalty of perjury that the foregoing is true and correct. (U.S. Code, Title 28, USC § 1746.)

April 20, 2025                                          /s/ ██████████████
Dated

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE #12, | Case No. _____ |
| Plaintiff, | **DECLARATION OF** ███████ |
| v. | ███████ **(ARIZONA STUDENT DOE #12)** |
| Donald J. TRUMP, in his official capacity, President of the United States of America; | |
| John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director; | |
| Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and | |
| Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; | |
| Defendants. | |

1.  My name is ██████████.

2.  I am over eighteen years of age and am competent to testify regarding the matters described below.

3.  I am a citizen of ████████. I currently live in ██████████.

4.  I entered the United States as an undergraduate student in 2014, and received my bachelor's in ██████████ in 2020. I then worked under OPT as an ████████ for the ██████████. I departed the U.S. for several months, and received a new F-1 visa to enter as a graduate student in the fall of 2023. I was enrolled to begin classes at ██████████ for the Fall 2023 semester, and I began attending classes on or about August 23, 2023. This is the degree currently in progress.

5.  I am pursuing my master's degree in ██████████ and ████████.

6. I have been employed by ███████████████ since January 15, 2024. My specific employment includes ███████████████, ███████████████.

7. My employment has been terminated due to my SEVIS termination.

8. On or about June 20, 2014, I was charged with trespassing and disorderly conduct in the ███████████████.  Both of these charges were dismissed. In 2020, I was charged with open container and passive resistance to arrest in the same court. I pled guilty to the open container violation, and the other charge was dismissed. I have no other criminal history.

9. On March 26, 2025, I received an email from ███████████████ which stated: "OTHERWISE FAILING TO MAINTAIN STATUS - Student is terminated pursuant to INA Sec. 237(a)(1)(C)(i) and 237(a)(4)(C)(i)."

10. On March 26, 2025, I received notification that my F-1 student visa has been revoked. The email was from the ███████████████ US embassy regarding my visa revocation.

11. I am scheduled to graduate on May 11, 2025. However, given the unexpected nature of my current circumstances, I am no longer certain whether I will be able to complete my degree and pursue further career opportunities.

12. Being forced to leave the United States and lose my opportunity to complete my degree and build my career here has had and will continue to have a profound impact on every part of my life—professionally, personally, and financially. I came to the U.S. with hope, determination, and a deep sense of responsibility—not just for myself, but for my family. I pursued my education with everything I had, working through long hours, financial hardship, and health struggles to get to where I am now. Earning a degree in ███████████████ at ███████████████ was not just a goal—it was a pathway toward stability, career advancement, and building a future I've worked toward for years.

13. This sudden and unexplained visa revocation has interrupted all of that. I've lost job opportunities I worked hard to earn. I've lost the ability to apply for internships, network professionally, and move forward in the career I trained for. I have also lost valuable time—time that I can never recover—and it has placed me in a position of uncertainty just when I was finally about to graduate and contribute meaningfully to the workforce.

14. Financially, this situation affects both me and my family. My education was an investment not only in myself, but in the future of my household. My family supported me emotionally and financially to get to this point. I had plans to begin working, helping them, and eventually contributing to larger projects that would support our livelihood. Losing this opportunity sets me and my family back significantly.

15. Furthermore, it is my understanding that a SEVIS termination indicates that I have failed to maintain studies, worked without authorization, or have been convicted of a violent crime for which a sentence of a year or more can be imposed. Since none of these things apply to me, I am terrified that my SEVIS termination will tarnish my exemplary student record and irreparably damage my reputation, both within the academic community and in my chosen field. This kind of severe reputational damage would follow me to any other country I may choose to study or work in, including my own country.

16. I also understand that through the cancellation of my student visa, I am at risk of accruing unlawful presence in the United States which has the potential to prevent me from returning to the U.S. in the future to continue my studies or accept employment. Both the damage to my reputation and becoming inadmissible to the U.S. could further devastate my ability to pursue my education, establish my career, and secure a stable financial future.

17. Emotionally, this entire situation has taken a toll. For the past 25 days, since being advised that my SEVIS record was terminated, and also learning that my student visa was revoked, I have suffered from extreme stress and anxiety that I may lose everything I have worked so hard to obtain over the past 11 years. Being put in danger of removal and of losing my degree and my career without a chance to speak or defend myself has been incredibly painful. I have tried to do everything right and learn from my mistakes. I feel like the rug was completely pulled out from under me.

18. I am also terrified that I may be detained and deported, which would further devastate my mental and physical health. The U.S. Consulate in ▇▇▇ has stated that if I get deported, there is a chance that I will not be deported to my country of origin, ▇▇▇ ▇▇▇. The stress and emotional turmoil caused by the possibility not only of being deported, but of being sent to a country other than my own, is overwhelming and has only increased the extreme stress, anxiety, and fear that I am living with every day.

I declare under penalty of perjury that the foregoing is true and correct. (U.S. Code, Title 28, USC § 1746.)

April 20, 2025                                    /s/ ▇▇▇▇▇▇▇
Dated

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE #13, | Case No. _____ |
| Plaintiff, | **DECLARATION OF** ███████ |
| v. | ███████ **(ARIZONA STUDENT DOE #13)** |
| Donald J. TRUMP, in his official capacity, President of the United States of America; | |
| John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director; | |
| Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and | |
| Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; | |
| Defendants. | |

1. My name is ███████████████.

2. I am over eighteen years of age and am competent to testify regarding the matters described below.

3. I am a citizen of ████. I currently live in ███████████.

4. I first entered the United States as a graduate student on August 11, 2024. I was enrolled to begin classes at ███████████████ for the Fall 2024 semester, and I began attending classes on or about August 22, 2024.

5. I am doing a Master of Science (M.S.) in ███████████████, with a focus ███ ███████████.

6. On October 28, 2024, I was charged with Prostitution in the ███████████ On or about April 8, 2025, I successfully completed a Title 9 Diversion Program, and the request was sent to the prosecutor's office, requesting dismissal of the charge. I have been informed that I should have the dismissal order in approximately three weeks. I have no other criminal history.

7. On April 5, 2025, I received an email from ███████████████████████ ██████████ at ████████████████, which stated: "OTHERWISE FAILING TO MAINTAIN STATUS - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated."

8. Subsequently, on April 8, 2025, I received an email from the Consulate General in ████████, notifying me that my F-1 student visa has been revoked.

9. I am scheduled to complete my graduate degree on or about May 12, 2026. However, given the unexpected nature of my current circumstances, I am no longer certain whether I will be able to graduate, much less pursue a series of summer internship interview opportunities which are vital to my career.

10. If I were forced to leave the United States—losing my degree, my job, and the opportunity to build the career I have dreamed of my entire life—it would shatter not just my future, but the hopes and stability of my entire family. Coming from a lower-middle-class family in ███████, where our annual income is less than $10,000 USD, studying in the U.S. was not a decision we made lightly. It was a dream fueled by years of sacrifice, struggle, and faith. My father, who runs a small printing business with unstable daily earnings—sometimes $50, sometimes nothing—took on a crushing $80,000 loan to help me pursue my master's degree here. My mother is a homemaker, and my younger brother is still in college. We are a family that survives on hope and trust—hope in education, and trust in me.

11. This journey was never about just money. I came here to learn, to grow, and to become someone capable of lifting my family from uncertainty to stability. They invested more than they could afford because they believed in the power of education and in the promise of this country. If I am forced to leave now, I leave behind an unfinished dream and a mountain of debt that I have no way of repaying, my family would be devastated—not only financially, but emotionally. The sacrifices they made would be in vain. I would return home with nothing but broken promises and unbearable guilt. My future, which I've worked so hard to build, would collapse before it ever truly began.

12. This is not just about a visa or a degree. It's about a family's last hope, about a ████ who came here to rewrite ████ destiny—and theirs.

13. It is my understanding that a SEVIS termination indicates that I have failed to maintain studies, worked without authorization, or have been convicted of a violent crime for which a sentence of a year or more can be imposed. Since none of these things apply to me, I am terrified that my SEVIS termination will tarnish my student

record and irreparably damage my reputation, both within the academic community and in my chosen field. This kind of severe reputational damage would follow me to any other country I may choose to study or work in, including my own country.

14. I also understand that through the cancellation of my student visa, I am at risk of accruing unlawful presence in the United States which has the potential to prevent me from returning to the U.S. in the future to continue my studies or accept employment. Both the damage to my reputation and becoming inadmissible to the U.S. could further devastate my ability to pursue my education, establish my career, and secure a stable financial future.

15. Mentally and emotionally, I'm at the lowest point I've ever been in my life. The past 15 days, since being advised that my SEVIS record was terminated, and then learning that my student visa was revoked, have been a nightmare. I can't focus on my studies anymore. My mind is constantly racing with fear and helplessness. I lie awake night after night, unable to sleep, silently crying alone in my room. I've never felt so isolated or broken. I don't have my family here to hold me. I don't have close friends around me in the U.S. It's just me—fighting through this pain in silence, pretending I'm okay on the outside while I'm falling apart inside. The revocation of my visa didn't just threaten my future—it shattered the ground beneath my feet. Everything I've worked for, everything my family sacrificed for, is suddenly hanging by a thread. The worst part? I have no control. I feel powerless watching everything slip away.

16. Every night, I close my eyes and see my father's face—tired, worn, but always hopeful. I think about how hard he worked, how many meals he skipped just to save for my education. I think about my mother, who pretends to be strong on the phone, but I know she's crying after every call. And my younger brother, who looks up to me, waiting for me to succeed so I can guide him too. The thought that I might fail them is unbearable.

17. I am also terrified that I may be detained and deported, which would further devastate my mental and physical health. The U.S. Consulate in ████████ has stated that if I get deported, there is a chance that I will not be deported to my country of origin, India. The stress and emotional turmoil caused by the possibility not only of being deported, but of being sent to a country other than my own, is overwhelming and has only increased the extreme stress, anxiety, and fear that I am living with every day.

18. I've always been strong for my family. I've always tried to stay positive, even in the hardest moments. But now, I'm scared. I'm hurting in ways I never thought possible. And I'm begging—please don't let everything we've built come crashing down. Please don't let this dream die.

I declare under penalty of perjury that the foregoing is true and correct. (U.S. Code, Title 28, USC § 1746.)

April 20, 2025
Dated