UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE #3-13,<br><br>  Plaintiffs,<br><br>v.<br><br>Donald J. Trump, in his official capacity, President of the United States of America;<br><br>John Cantu, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director;<br><br>Todd M. Lyons, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and<br><br>Kristi Noem, in her official capacity, Secretary, U.S. Department of Homeland Security;<br><br>  Defendants. | Case No.<br>_____<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br><u>Request for Declaratory and Injunctive Relief</u> |

Upon consideration of Plaintiff's Motion to Proceed Under Pseudonym and for Protective Order/Order Not to Detain, and good cause appearing therefore, the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. Defendants are temporarily enjoined for fourteen (14) days from arresting and detaining Plaintiffs pending these proceedings, transferring Plaintiffs away from

[Proposed] Order

1

the jurisdiction of this District pending these proceedings, or removing Plaintiffs from the United States pending these proceeding.

2. Defendants' actions in terminating Plaintiffs' SEVIS records shall have no legal effect and shall not obstruct Plaintiffs in continuing to pursue their academic and employment pursuits. Plaintiffs shall be returned to the status quo ante.

3. Counsel for the parties shall meet and confer and propose a briefing schedule to this Court within five (5) business days on any remaining issues pertaining to Plaintiffs' Complaint, Plaintiffs' Motion to Proceed with Pseudonym and For Protective Order / Order Not to Detain, and Plaintiffs' Motion for Preliminary Injunction.