| TABLE OF EXHBITS | |
|---|---|
| **Exhibit 1** | Declarations of Arizona Students Doe #3 - 13 |