UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE #3-13,<br><br>    Plaintiffs,<br><br>v.<br><br>Donald J. Trump, in his official capacity, President of the United States of America;<br><br>John Cantu, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director;<br><br>Todd M. Lyons, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and<br><br>Kristi Noem, in her official capacity, Secretary, U.S. Department of Homeland Security;<br><br>    Defendants. | Case No.<br><br>_____<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED WITH PSEUDONYM AND FOR PROTECTIVE ORDER / ORDER NOT TO DETAIN**<br><br><u>Request for Declaratory and Injunctive Relief</u> |

Upon consideration of Plaintiff's Motion to Proceed Under Pseudonym and for Protective Order/Order Not to Detain, and good cause appearing therefore, the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. Plaintiffs shall thereafter be identified in this action by the pseudonyms

    Student Doe #3, Student Doe #4, Student Doe #5, Student Doe #6, Student

[Proposed] Order

1

Doe #7, Student Doe #8, Student Doe #9, Student Doe #10, Student Doe #11, Student Doe #12, and Student Doe #13.

2. Any materials filed with the Court that contain Plaintiffs' names or any identifying information must be redacted and/or filed under seal.

3. Counsel for Plaintiffs shall disclose Plaintiffs' identities to counsel for Defendants. Counsel for Defendants may only further disclose Plaintiffs' names or related personal information to individuals directly involved in the litigation who agree to be bound by this Order, and only as reasonably necessary for the litigation (including to comply with any orders of the Court). Such information may not be used for any purpose outside of this litigation, including for enforcement or removal.

4. Defendants are enjoined from detaining Plaintiffs during the pendency of this litigation or until further order of this Court.

[Proposed] Order

2