1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THR DISTRICT OF ARIZONA**

| Arizona Student Doe #1, et al., | CV-25-00174-TUC-JGZ |
|---|---|
| Plaintiffs, | CV-25-00175-TUC-JGZ |
| | CV-25-00183-TUC-JGZ |
| v. | **ORDER** |
| Donald J. Trump, et al., | |
| Defendants. | |

The parties' Stipulation to Continue Status Conference (CV-25-00174, Doc. 33; CV-25-00175, Doc. 31; and CV-25-00183, Doc. 23) is before the Court, and for good cause appearing,

**IT IS ORDERED** that the Stipulation to Continue Status Conference is **GRANTED.**

**IT IS FURTHER ORDERED** that the hearing date set in the Court's prior orders of June 5, 2025 (CV-25-00174, Doc. 32; CV-25-00175, Doc. 30; CV-25-00183, Doc. 22), is vacated.

**IT IS FURTHER ORDERED** setting a status conference on _____, 2025, at _____ am/pm.