# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Student DOE #1, | No. CV-25-00174-TUC-JGZ |
| Plaintiff, | No. CV-25-00175-TUC-JGZ |
| | No. CV-25-00183-TUC-JGZ |
| v. | **ORDER** |
| Donald J Trump, et al., | |
| Defendants. | |

All Plaintiffs and Defendants Kristi Noem, in her official capacity as Secretary of U.S. Department of Homeland Security, and Todd M. Lyons, in his official capacity as Acting Director, United States Immigration and Customs Enforcement, having filed a Stipulation to Dismiss (CV-25-00174, Doc. 36; CV-25-00175, Doc. 34; CV-25-0183, Doc. 26), and good cause appearing,

**IT IS ORDERED** the Stipulation to Dismiss (CV-25-00174, Doc. 36; CV-25-00175, Doc. 34; CV-25-00183, Doc. 26) is **granted**. The cases (CV-25-00174; CV-25-00175; CV-25-00183) are **dismissed with prejudice**, all parties to bear their own fees and costs.

**IT IS FURTHER ORDERED** the status conference currently set for Tuesday, July 15, 2025, at 2:00 p.m. is **vacated**.

Dated this 11th day of July, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge